Howard Aldrich, Appellant, v. John E. Stilson, Respondent.—Judgment and order affirmed, with costs. All concurred; Cochrane, J., not sitting.

Charles A. Ball, Respondent, v. Minnie H. Westcott, Appellant.— Judgment unanimously affirmed, with costs.